IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAM NASRALLAH, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:15-CV-2893-RWS |
| CHICK-FIL-A, | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Janet F. King [Doc. No. 5]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 5] is hereby approved and adopted as the opinion and order of this Court. As such, Defendant's Motion to Dismiss [Doc. No. 4] is GRANTED. Plaintiff's Complaint is DISMISSED without prejudice with leave for Plaintiff to file an Amended Complaint. Plaintiff is ORDERED to file an Amended Complaint within 21 days. If Plaintiff fails to do so, this action will be dismissed with prejudice.

**SO ORDERED**, this 10th day of May, 2016.

_____
RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)